**EXHIBIT A**

```
              CIRCUIT COURT FOR BALTIMORE CITY
                      Marilyn Bentley
                 Clerk of the Circuit Court
                       Courthouse East
                   111 North Calvert Street
                          Room 462
                      Baltimore, MD 21202-
           (410)-333-3722, TTY for Deaf: (410)-333-4389
```

N O T I C E   O F   R E C O R D E D   J U D G M E N T

                                         Case Number: 24-C-17-006410 OT
                                                            C I V I L

Nicole Wallace, et al vs State Of Maryland, et al

   I HEREBY CERTIFY that the following Judgment has been recorded in this Court in the above entitled case:

Judgment Against:   Division Of Pretrial Detention & Services
                           400 E. Madison Street
                           Baltimore, MD   21202

Judgment in Favor of:  Wallace, Nicole
Judgment in Favor of:  Wallace, Daquan M

| | | | |
|---|---|---|---|
| Judgment Ordered On: | 09/24/19 | | |
| Judgment Entry Date: | 10/02/19 | | |
| Judgment Indexed On: | 10/02/19 | Other Fee: | $.00 |
| Amount of Judgment: | $200,000.00 | Service Fee: | $.00 |
| PreJudgment Interest: | $.00 | Witness Fee: | $.00 |
| Appearance Fee: | $.00 | Attorney Fee: | $.00 |
| Filing Fee: | $.00 | Total Judgment: | $200,000.00 |

N O T I C E   O F   M O D I F I C A T I O N   O F   J U D G M E N T

       Modified on:  10/09/19
  Judgment Against:  Division Of Pretrial Detention & Services
  Amount of Judgment:  $25,000,000.00
  New Judgment Amount:  $25,000,000.00

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

                                                        *Marilyn Bentley*
                                                        Marilyn Bentley
                                                        Clerk of the Circuit Court

Issued:  10/09/19