IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAQUAN WALLACE**, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>**JACKENS RENE**, *et al.*<br><br>*Defendants* | **CASE NO.: 1:17-CV-03718 CCB** |

### PLAINTIFF'S PROPOSED VERDICT SHEET

1.  Do you find by a preponderance of the evidence that any of the Defendants listed below violated Plaintiff Daquan Wallace's rights under the United States Constitution by failing to protect him from violence by other detainees?

    Jackens Rene            Yes _____   No _____
    Tamara Patterson        Yes _____   No _____
    Lisa Portee             Yes _____   No _____

2.  Do you find by a preponderance of the evidence than any of the Defendants listed below violated Plaintiff Daquan Wallace's rights under the Maryland Constitution by failing to protect him from violence by other detainees?

    Jackens Rene            Yes _____   No _____
    Tamara Patterson        Yes _____   No _____
    Lisa Portee             Yes _____   No _____

3.  Do you find by a preponderance of the evidence that any of the Defendants listed below acted with gross negligence towards Plaintiff Daquan Wallace?

    Jackens Rene            Yes _____   No _____
    Tamara Patterson        Yes _____   No _____
    Lisa Portee             Yes _____   No _____

4. Do you find by a preponderance of the evidence that any of the Defendants listed below acted together to violate Plaintiff Daquan Wallace's state or federal constitutional rights?

        Jackens Rene        Yes _____   No _____
        Tamara Patterson   Yes _____   No _____
        Lisa Portee         Yes _____   No _____

**DAMAGES**

In what amount do you award damages to the Plaintiff for the following:

    Past lost wages:                                             $ _____

    Future lost wages:                                          $ _____

    Past medical and other economic damages:     $ _____

    Future medical and other economic damages:  $ _____

    Future non-economic damages (mental and physical pain and suffering)

                                                                         $ _____

_____                                                                                          _____
Date                                                                                                 Jury Foreperson