# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NICOLE WALLACE,** *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> **STEPHEN T. MOYER,** *et al.* <br><br> *Defendants*. | **CASE No. 1:17-CV-03718 CCB** |

## LINE TRANSMITTING JOINT VERDICT SHEET

Dear Clerk:

Attached as Exhibit 1 is the verdict sheet as agreed by all parties. The parties have now agreed to and submitted joint voir dire, joint jury instructions (two sets) and a joint verdict sheet. All of the separately submitted documents not jointly agreed to have been withdrawn.

Respectfully submitted,

| | |
|---|---|
| HANSEL LAW, PC | Office of the Attorney General |
| /s/_____ | /s/_____ |
| Cary J. Hansel (Bar No. 14722) | Laura Mullally, Esq. (Bar No. 28145) |
| cary@hansellaw.com | laura.mullally@maryland.gov |
| 2514 North Charles Street | 300 E Joppa Road, Suite 1000 |
| Baltimore, Maryland 21218 | Towson, MD 21286 |
| T: 301-461-1040 | T: 410-339-7339 |
| F: 443-451-8606 | F: 410-764-5366 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

GREENBERG LAW OFFICE

_____/s/_____
Lawrence S. Greenberg (Bar No. 23642)
Larry@greenberglawyers.com

6 E. Biddle Street
Baltimore, MD 21202
410-539-5250

*Attorney for the Plaintiff*