IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAQUAN WALLACE,** *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>**JACKENS RENE,** *et al.*<br><br>*Defendants* | **CASE NO.: 1:17-CV-03718 CCB** |

## JOINT PROPOSED VERDICT SHEET
(submitted by and agreed by all parties)

1. Do you find by a preponderance of the evidence that any of the Defendants listed below violated Plaintiff Daquan Wallace's rights under the United States Constitution with deliberate indifference by failing to protect him from violence by other detainees?

      Jackens Rene             Yes _____ No _____
      Tamara Patterson      Yes _____ No _____
      Lisa Portee                Yes _____ No _____

2. Do you find by a preponderance of the evidence than any of the Defendants listed below violated Plaintiff Daquan Wallace's rights under the Maryland Constitution with deliberate indifference by failing to protect him from violence by other detainees?

      Jackens Rene             Yes _____ No _____
      Tamara Patterson      Yes _____ No _____
      Lisa Portee                Yes _____ No _____

3. Do you find by a preponderance of the evidence that any of the Defendants listed below acted with gross negligence towards Plaintiff Daquan Wallace?

      Jackens Rene             Yes _____ No _____
      Tamara Patterson      Yes _____ No _____
      Lisa Portee                Yes _____ No _____

**EXHIBIT 1**

4.  Do you find by a preponderance of the evidence that any of the Defendants listed below intentionally inflicted emotional distress upon Plaintiff Daquan Wallace?

        Jackens Rene        Yes \_\_\_\_\_ No \_\_\_\_\_
        Tamara Patterson    Yes \_\_\_\_\_ No \_\_\_\_\_
        Lisa Portee         Yes \_\_\_\_\_ No \_\_\_\_\_

## **DAMAGES**

In what amount do you award damages to the Plaintiff for the following:

Past lost wages:        $ _____

Future lost wages:        $ _____

Past medical and other economic damages:    $ _____

Future medical and other economic damages:    $ _____

Future non-economic damages (mental and physical pain and suffering)

        $ _____

_____        _____
Date        Jury Foreperson