## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DAQUAN M. WALLACE, et al.,**

*Plaintiffs,*

v.

**Case No. 1:17-cv-03718 CCB**

**JACKENS RENE, et al.,**

*Defendants.*

## STIPULATION OF DISMISSAL

COMES NOW the Parties, by and through undersigned counsel, and respectfully files this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties having reached a settlement, the above-refenced case should be dismissed, with prejudice, each side to bears its, his or her own costs.

Respectfully submitted,

HANSEL LAW, PC

_/s/ Cary J. Hansel_
Cary J. Hansel (AIS No. 9912150020)
cary@hansellaw.com
2514 North Charles Street
Baltimore, Maryland 21218
T: 301-461-1040
F: 443-451-8606

*Counsel for Plaintiffs*

ANTHONY G. BROWN
Attorney General of Maryland

_/s/ (with permission)_
Laura Mullally (Bar No. 28145)
Assistant Attorney General
Department of Public Safety and
Correctional Services
6776 Reisterstown Road, Suite 311
Baltimore, Maryland 21215
Laura.mullally@maryland.gov
(443) 204-0675

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2023, I caused the foregoing to be filed via the Court's electronic filing system, which will make service on all parties entitled to service.

                                                 /s/ Cary J. Hansel
                                                 Cary J. Hansel